UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEVADA WALKER,

    Plaintiff,

                Case No. 8:15-cv-00550-VMC-JSS

vs.

CREDIT PROTECTION ASSOCIATION, LP,

    Defendant.

_____ /

## <u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>

   All matters and things in dispute having been adjusted and settled between the Plaintiff,

NEVADA WALKER and Defendant, CREDIT PROTECTION ASSOCIATION, LP, it is

   STIPULATED AND AGREED by the parties hereto that all claims between Plaintiff and

Defendant asserted in this litigation, including claims for attorney's fees and costs, be dismissed

with prejudice.

*s/W. John Gadd*
W. John Gadd
Law Office of W. John Gadd
Bank of America Building
2727 Ulmerton Road
Suite 250
Clearwater, FL  33762

*s/Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant CPA

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2016, the foregoing was filed via CM/ECF which will

serve a copy upon the following:

W. John Gadd, Esq.
Law Office of W. John Gadd
Bank of America Building
2727 Ulmerton Road
Suite 250
Clearwater, FL  33762
Tel:  727-524-6300
wjg@mazgadd.com
Attorney for Plaintiff

Lisa R. Wilcox, Esquire
721 First Ave. N. Suite 100
St. Petersburg, Florida 33701
Main and Fax 888-945-2695
lisa@wilcoxlawpa.com
Attorney for Plaintiff

Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant CPA

2